**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 23cr230-1 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Leroy Patterson, | ) | |
| | ) | |
| Defendant(s), | ) | |

## <u>ORDER</u>

Initial Appearance held. Defendant Leroy Patterson self-surrendered and appeared before Judge Weisman on 5/1/23 in response to a Complaint dated 4/19/23. The Court questioned and admonished defendant under oath and finds that the defendant is able to understand rights as they are reviewed. Defendant was advised of rights and the charges pending against him pursuant to Fed. R. Crim. P. 5. Attorney Michael E. Baker's oral motion for leave to file an appearance on behalf of Defendant is granted. Enter order appointing Michael E. Baker as counsel for defendant. The Government is not seeking detention and agree on certain conditions of release. The Court requests a pretrial report prior to determining whether defendant shall be released on bond. Detention hearing set for 5/2/23 at 1:30 p.m. before Judge Weisman, in courtroom 1743. Defendant ordered to appear in person by U.S. Marshals Service for the hearing. The Government's oral motion to unseal the case is granted. Case ordered unsealed. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. The Court orders the defendant remanded into federal custody and shall remain in custody of the U.S. Marshals.

T: (00:09) IA

Date: May 1, 2023

M. David Weisman
United States Magistrate Judge