**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 23cr230-1 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Leroy Patterson, | ) | |
| | ) | |
| Defendant(s), | ) | |

**ORDER**

Detention hearing held. Parties acknowledge receipt of the pretrial services report. The Court accepts the parties' agreed Conditions of Release and Appearance Bond. Enter order setting Conditions of Release and Appearance Bond. The Court furthers orders defendant to tender his passport to Pretrial Services by COB 5/5/23. Defendant shall be released after processing.

T: (00:08)

Date: May 2, 2023

_M. David Weisman_
M. David Weisman
United States Magistrate Judge