UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Plaintiff, | ) | No 1:23-cr-00230-1 |
| | ) | |
| v. | ) | Magistrate Judge Young B. Kim |
| Leroy Patterson, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER**

Arraignment hearing held.  Defendant appeared in court in response to an Information.  Attorney Michale Baker appeared on behalf of Defendant. The government advised Defendant of the charge pending against him in the Information. The court advised Defendant of his rights. Defendant waived formal reading and entered a plea of not guilty to the charge in the Information. Defendant waives his right to be charged by Indictment. Enter Waiver of an Indictment. Rule 16.1(a) conference to be held by April 2, 2024. Status hearing before the assigned District Judge is set for May 7, 2024, at 9:00 a.m.  If the parties wish to file any pretrial motions, they should inform the Court at the status hearing and a briefing schedule will be set. The government's oral motion to exclude time is granted for the reasons stated in open court and the time until the next status hearing before the assigned District Judge shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv)(X-T). Defendant did not oppose this motion to exclude time.
 (T:00:05)

Date: <u>March 26, 2024</u>

_____
**Young B. Kim**
**United States Magistrate Judge**