**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEROY PATTERSON,

Defendant.

Case No. 23 CR 230-1

Judge Thomas M. Durkin

## **ORDER**

Change of plea hearing held on 1/12/2026. Defendant is informed of his rights. Defendant enters a plea of guilty to counts 1 and 2 of the information. Plea accepted, judgment of guilty entered. Case is referred to the Probation Office for a presentence investigation report. The Probation Office is directed to disclose its sentencing recommendation to the government and defense counsel. The deadline for preparation of a presentence report is deferred. A telephone status hearing is set for 5/5/2026 at 9:00 a.m. Defendant's current bond to stand. To join the telephone conference, dial (650) 479-3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Time (00:30)

Date: 1/12/2026

/s/ Thomas M. Durkin